IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. 86 CR 436 | |
| v. ) | |
| ) | |
| EDD CHRONISTER, ) The Honorable Marvin E. Aspen | |
| ) | |
| Defendant. ) | |

**PETITIONER EDD CHRONISTER'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

Petitioner, EDD CHRONISTER, by his attorney, Thomas More Leinenweber, respectfully requests that this Court enter an order terminating his Supervised Release early. In further support, Mr. Chronister states as follows:

1. On March 19, 1987, Petitioner Edd Chronister plead guilty to one count of bank robbery, in violation of 18 U.S.C. §2113(a) and 18 U.S.C. §2113(b) and three counts of the use of a firearm in the commission of a felony, in violation of 18 U.S.C. §924.

2. Also on March 19, 1987, Petitioner received a sentence of twenty-five years imprisonment on Count I of the superseding indictment as well as five years of probation on Counts III, V and VII to run concurrent with each other and consecutive to the sentence for Count I. The Petitioner was released from custody on August 2001, after which he spent six months in a halfway house, and has complied with all the requirements of his sentence.

3. Since he was released from prison in 2001, Mr. Chronister has been an exemplary probationer. Mr. Chronister has secured full-time employment working as a truck driver and he currently works for Williams Sausage in Union City, Tennessee. Mr. Chronister lives in

Newbern, Tennessee. He is married and he cares for his seventy-nine year old mother who is ill. On May 23, 2007, the United States Parole Commission granted the Petitioner an early release from parole, which had been recommended by Mr. Chronister's probation officer, Brent In. (A copy of the May 23, 2007 letter from the United States Parole Commission is attached as Exhibit A.)

      4.    Mr. Chronister truly believes that an early termination of his supervised release in his case it is warranted. He is drug-free and he has remained gainfully employed. He has demonstrated strength of purpose in the achievement of his law-abiding goals. In light of these accomplishments, he seeks to be unencumbered by the probation office or the relative constraints of supervised release.

      5.    Mr. Chronister has sustained no new arrests or convictions. He has no problems with controlled substances or alcohol. He has not engaged in any conduct which might form the basis of a revocation.

      6.    Mr. Chronister desires an early termination of his supervised release. He urges that his probationary service has had a tremendously beneficial influence upon his life. He further urges that the scarce resources of the United States Probation Office are better utilized upon those individuals more acutely in need of court supervision.

      7.    U.S. Probation Officer Brent In has informed Mr. Chronister that he supports this request for early termination.

      8.    Mr. Chronister has always accepted the consequences of his behavior. He urges, however, that he has clearly accomplished the goals of supervision and is ready to move on to the next chapter of his life. He prays this Court rule accordingly.

WHEREFORE, for the above-noted reasons, Mr. Chronister prays that this Court grant his motion.

                                                                        Respectfully submitted,

                                                            By: s/Thomas More Leinenweber
                                                                 Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, Illinois 60604
312-663-3003

3

# EXHIBIT A

**U.S. DEPARTMENT OF JUSTICE**
United States Parole Commission

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

May 23, 2007

RECEIVED
JUN 21 2007
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

Brent In
Senior U.S. Probation Officer
Northern District of Illinois
55 East Monroe Street
1500 Mid Continental Plaza
Chicago, IL 60603

Re: Chronister, Edd
    Reg. No. 88326-024

Dear Mr. In

Reference is made to your recent recommendation regarding the above-named releasee. The Commission has carefully reviewed all factors, including your recommendation, and has decided to terminate the releasee from Commission jurisdiction on the present sentence. Enclosed is the CERTIFICATE OF EARLY TERMINATION FOR PAROLE.

Please give the original Certificate to the releasee and retain the copy for your file.

Sincerely,

Roslyn F. Davis
Case Services Administrator

Enclosure

RFD/STN

| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>United States Parole Commission | CERTIFICATE OF EARLY TERMINATION |

Chronister, Edd                                                                                       88326-024

Date Sentence Imposed:     03-19-1987

Date Supervision Began:    01-09-2002

District of Supervision:   Northern District of Illinois

The Commission has issued the following order:

## YOU ARE HEREBY DISCHARGED FROM PAROLE

By this action, you are no longer under the jurisdiction of the U.S. Parole Commission.

After a careful review of your case, the Commission has decided that you deserve an early discharge. You are commended for having responded positively to supervision.

_Roslyn F. Davis, M.Ed_                                                                 May 23, 2007

Roslyn F. Davis, Case Services Administrator                                             Date