MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 86 CR 436 ) ) The Honorable Marvin E. Aspen |
| EDD CHRONISTER, | ) ) |
| Defendant. | ) |

NOTICE OF MOTION

FILED
J:N
DEC X 5 2007
12-5-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:   The Honorable Patrick Fitzgerald
      United States Attorney
      219 South Dearborn
      5th Floor
      Chicago, Illinois 60604

PLEASE take notice that on Thursday, December 13, 2007 at 10:30 a.m. I will present the attached **PETITIONER EDD CHRONISTER'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** before the Honorable Marvin E. Aspen in courtroom 2568 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

By:   s/Thomas More Leinenweber
      Thomas More Leinenweber

**PROOF OF SERVICE**

I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list via e-mail on December 4, 2007.

By:   s/Thomas More Leinenweber
      Thomas More Leinenweber

Leinenweber & Baroni, LLC
321 South Plymouth Court
Suite 1515
Chicago, Illinois 60604
(312) 663-3003

1