# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 86 CR 436 - 1 | **DATE** | 1/23/2008 |
| **CASE TITLE** | USA vs. Edd Chronister | | |

**DOCKET ENTRY TEXT**

Petitioner Edd Chronister's motion for early termination of supervised release (Doc. No. 1) is granted. Defendant Edd Chronister's remaining term of mandatory release and his term of probation are both terminated early.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|